IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-00414-WYD-MEH

R&D FILM 1, LLC,

    Plaintiff,

v.

DOES 1-18,

    Defendants.

---

**ORDER DISMISSING PARTIES WITH PREJUDICE**

---

THIS MATTER is before the Court on plaintiff, R&D Film 1, LLC's Notice Of Dismissal [ECF No. 22], filed on July 19, 2013.  After careful review of the file, the Court concludes that pursuant to Rule 41(a)(1)(A)(i) of the FEDERAL RULES of CIVIL PROCEDURE, defendants, Does 1 and 5, should be dismissed with prejudice from this action.  Accordingly, it is

ORDERED that defendants, Does 1 and 5, are **DISMISSED WITH PREJUDICE** from this action.  It is

FURTHER ORDERED that plaintiff, R&D Film 1, LLC **shall amend the case caption on future filings to reflect the dismissal of Does 1 and 5**.

Dated: July 22, 2013.

                                  BY THE COURT:

                                  /s/ Wiley Y. Daniel
                                  Wiley Y. Daniel
                                  Senior U.S. District Judge