IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-00414-WYD-MEH

R&D FILM 1, LLC, a California Limited Liability Company,

    Plaintiff,

v.

DOES 2-4, and 6-18,

    Defendants.

## ORDER

THIS MATTER comes before the Court on plaintiff, R&D Film 1, LLC's, Response To Order To Show Cause And Notice Of Dismissal [ECF No. 24], filed on July 22, 2013.  After careful review of the file, the Court concludes that pursuant to Rule 41(a)(1)(A)(i) of the FEDERAL RULES of CIVIL PROCEDURE, this action should be dismissed without prejudice.  Accordingly, it is

ORDERED that the above captioned case is **DISMISSED WITHOUT PREJUDICE**.

Dated: July 24, 2013.

                            BY THE COURT:

                            /s/ Wiley Y. Daniel
                            Wiley Y. Daniel
                            Senior U.S. District Judge